No. 01–400. BELL, WARDEN v. CONE. C. A. 6th Cir. [Certiorari granted, 534 U. S. 1064.] Motion of the Solicitor General for

leave to participate in oral argument as *amicus curiae* and for divided argument granted.